# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Blake Wiggins<br>3605 Quesada Street NW<br>Washington, DC 20015<br><br>    Plaintiff(s),<br><br>v.<br><br>Chex Systems, Inc.<br>347 Riverside Avenue<br>Jacksonville, FL 32202<br><br>Serve Resident Agent:<br>C T Corporation System<br>1015 15th Street NW<br>Washington, DC 20005<br><br>    Defendant(s). | Case No: |

## VERIFIED COMPLAINT AND REQUEST FOR JURY TRIAL

Blake Wiggins, hereinafter referred to as Plaintiff, through undersigned counsel, hereby files this Verified Complaint against Chex Systems, Inc. "Chex Systems," hereinafter referred to as Defendant, and states the following in support thereof:

1. The Plaintiff is an adult who has been a resident of the District of Columbia.

2. The Defendant is a corporation incorporated/formed in the state of Minnesota and has a principal place of business at 347 Riverside Avenue, Jacksonville, FL 32202. Defendant is an American check verification service and national consumer reporting agency involving consumers in all fifty states of the United States.

## JURISDICTION AND VENUE

3. Plaintiff hereby incorporates paragraphs 1-2.

4. This Court has subject matter jurisdiction pursuant to 28 USC §1331 and 15 USC §1681(p).

Doc ID: b3053ab5b56bfddbe4518996c2ff84090c3bad0e

5. This Court has venue pursuant to 28 USC §1391.

## FACTUAL BACKGROUND

6. Plaintiff hereby incorporates paragraphs 1-5.

7. On January 24, 2023, Plaintiff requested his consumer report "Report" from Defendant through undersigned counsel with proper authorization.

8. On January 31, 2023, Defendant generated Plaintiff's consumer report and Plaintiff received it soon thereafter.

9. Plaintiff's Report contained a notation from Bank of America reporting Plaintiff for suspected fraud activity and contained a charge off amount of $14.88. The notation further stated that Bank of America closed Plaintiff's bank account on December 24, 2021.

10. As a result of the information Bank of America reported, Plaintiff was unable to open accounts at other financial institutions.

11. Plaintiff fully disputes the information Bank of America reported.

12. On June 27, 2023, Plaintiff sent a validation letter to Defendant disputing the suspected fraud activity reported by Bank of America and requested an investigation.

13. On July 5, 2023, Defendant acknowledged in writing its receipt of Plaintiff's request for investigation and stated the investigation would be completed in approximately 30 days.

14. To date, Defendant never completed an investigation or never notified Plaintiff of its investigation results.

15. Plaintiff is continuing to suffer harm as a result of Defendant's lack of action.

## COUNT I: VIOLATION OF 15 USC §1681, et seq.

16. Plaintiff hereby incorporates paragraphs 1 through 15.

17. Pursuant to 15 USC §1681(a), Plaintiff is a "consumer."

18. Pursuant to 15 USC §1681(a), the credit report obtained from Defendant is a "consumer

Doc ID: b3053ab5b56bfddbe4518996c2ff84090c3bad0e

report."

19. Pursuant to 15 USC §1681(a), Defendant is a "consumer reporting agency."

20. Pursuant to 15 USC §1681(i), a consumer reporting agency must conduct a reasonable investigation of the disputed information in the consumer's file to determine its accuracy and "record the current status of the disputed information, or delete the item from the file…before the end of the 30-day period beginning on the date" the agency receives the dispute.

21. Pursuant to 15 USC §1681(i), a consumer reporting agency must notify the consumer it has received notice of the dispute within five days of receiving such dispute.

22. Pursuant to 15 USC §1681(i), if a consumer reporting agency's reinvestigation reveals that the disputed information is inaccurate or incomplete or cannot be verified it shall "promptly delete that item of information from the file of the consumer, or modify that item of information, as appropriate, based on the results of the reinvestigation"

23. Pursuant to 15 USC §1681(i), a consumer reporting agency must provide "written notice to a consumer of the results of a reinvestigation…no later than 5 business days after the completion of the reinvestigation, by mail" or other authorized means by the consumer.

24. Pursuant to 15 USC §1681(n), willful noncompliance with 15 USC §1681 et seq. shall cause liability to the affected consumer for actual damages or statutory damages not less than $100 and not more than $1000, punitive damages, case expenses and reasonable attorney's fees.

25. Pursuant to 15 USC §1681(o), negligent noncompliance with 15 USC §1681 et seq. shall cause liability to the affected consumer for actual damages, case expenses and reasonable attorney's fees.

26. Defendant has violated 15 USC §1681(i) because it never conducted a reasonable investigation or never notified Plaintiff of its investigation results.

27. Defendant is liable for Plaintiff's actual damages, case expenses and reasonable attorney's

Doc ID: b3053ab5b56bfddbe4518996c2ff84090c3bad0e

fees.

**WHEREFORE**, the Plaintiff prays unto this Honorable Court:

A. That it enter judgment against Defendant for violation of Pursuant to 15 USC §1681;

B. That it award the greater of actual damages or statutory damages to Plaintiff;

C. That it award Plaintiff reasonable attorney's fees;

D. That it award Plaintiff punitive damages if Defendant's violations were willful; and

E. That it grant such other relief that this Honorable Court deems just and appropriate.

**I HEREBY SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.**

*[signature: Blake Wiggins]*
_____
Blake Wiggins

                                        Respectfully submitted,

                                        **The Valle Law Firm, LLC**

                                        /s/ Diana C. Valle
                                        Diana C. Valle, Esq., Bar 1016326
                                        Bethesda Metro Center, Suite 700
                                        Bethesda, MD 20814
                                        301-760-4204
                                        diana.valle@vallelawfirm.com

                                        *Counsel for Plaintiff*

Doc ID: b3053ab5b56bfddbe4518996c2ff84090c3bad0e