# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLAKE WIGGINS,<br><br>       Plaintiff,<br><br>v.<br><br>CHEX SYSTEMS, INC.,<br><br>       Defendants. | Case No.: 1:23-cv-03870-TJK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The foregoing stipulation of dismissal is hereby filed given that all parties have agreed to dismiss this action with prejudice.

Dated: May 22, 2024            Respectfully submitted,

**THE VALLE LAW FIRM, LLC**

By:   /s/ Diana C. Valle
Diana C. Valle, Esq.
D.C. Bar No. 1016326
THE VALLE LAW FIRM, LLC
3 Bethesda Metro Center, Ste. 700
Bethesda, MD 20814
Phone: 301.760.4204
Email: diana.valle@vallelawfirm.com
*Counsel for Plaintiff*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: <u>*/s/ Elizabeth M. Briones*</u>
Elizabeth M. Briones, Esq.
D.C. Bar No. 888324983
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone: 202-274-2950
Email: Elizabeth.briones@troutman.com
*Counsel for Defendant*